## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**RACK & BALLAUER EXCAVATING CO., INC.,** *et al.*

    Plaintiffs,

-vs-

**CITY OF CINCINNATI,** *et al.*,

    Defendants.

Case No. 1:13-cv-030

**Judge Timothy S. Black**

_____

**JUDGMENT IN A CIVIL CASE**
_____

    **[ ]    Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]    Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss (Doc. 12) is **GRANTED**; and the case is **TERMINATED** from the docket of the Court.

Date: July 1, 2013                      **JOHN P. HEHMAN, CLERK**

                                                             By: *s/ M. Rogers*
                                                             Deputy Clerk